## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DONNA DENICE MONTGOMERY**                                **CIVIL ACTION**

**VERSUS**                                                  **NO. 20-474-JWD-RLB**

**COMMISSIONER OF SOCIAL SECURITY**

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 22, 2021.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONNA DENICE MONTGOMERY          CIVIL ACTION

VERSUS                           NO. 20-474-JWD-RLB

COMMISSIONER OF SOCIAL SECURITY

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON

This Report and Recommendation is issued *sua sponte*. This matter is before the Court on a Complaint (R. Doc. 1) filed on July 21, 2020. On July 24, 2020, the Court entered an Order (R. Doc. 3) granting plaintiff's request to proceed in forma pauperis and instructed the Clerk of Court to issue process to the defendant. Plaintiff was advised that she is responsible for providing a completed U.S. Marshal Form 285 for each defendant to be served. A copy of the Court's Order was mailed to plaintiff at the address listed on the docket.

On July 24, 2020, the Clerk of Court issued summons (R. Doc. 4) to the defendant. On that same date, the Court entered an Order (R. Doc. 5) setting forth necessary deadlines. Summons were returned executed (See R. Docs. 6, 7 and 9) indicating defendant Commissioner of Social Security, as well as the United States Attorney and United States Attorney General had been served.

On December 16, 2020, Defendant filed a Notice of Filing Transcript of Administrative Record (R. Doc. 8). As provided by the Court's Order (R. Doc. 5), plaintiff was to file a Memorandum in Support of Appeal within 60 days of the filing of the Administrative Record. Plaintiff failed to do so. On February 25, 2021, an Order to Show Cause (R. Doc. 10) was entered instructing plaintiff to show cause, in writing, why her appeal should not be dismissed for failure to prosecute. Further, plaintiff was advised that should a memorandum in support of

her appeal be filed by March 12, 2021 then no response to the Order to Show Cause was necessary.

A review of the record shows that plaintiff has neither filed a response to the Order to Show Cause nor has a memorandum in support of her appeal been filed.

## **RECOMMENDATION**

It is the recommendation of the Magistrate Judge that plaintiff's appeal be dismissed, without prejudice, for failure to prosecute.

Signed in Baton Rouge, Louisiana, on March 22, 2021.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**