UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNA DENICE MONTGOMERY** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 20-474-JWD-RLB** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.11) dated March 22, 2021, to which no objection was filed,

**IT IS ORDERED** that Plaintiff's appeal shall be dismissed, without prejudice, for failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 7, 2021</u>.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**